The People of the State of New York, Respondent, v. Arthur J. Brown, Appellant.— Judgment unanimously reversed and the information dismissed on the ground that the guilt of defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Dore, Cohn and Wasservogel, JJ.

Samuel Spanierman, Individually and as Sole Surviving Substituted Trustee under the Will of Isaac Spanierman, Deceased, et al., Appellants-Respondents, v. Crescent Plaza Corporation et al., Respondents-Appellants.— Order unanimously affirmed, without costs, with leave to the plaintiffs to serve an amended complaint within ten days after service of a copy of order with notice of entry thereof. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

Sialkot Importing Corp., Appellant, v. Norman Berlin et al., Respondents, et al., Defendants.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See post, p. 1024.]

The People of the State of New York, Respondent, v. Evangelos Cateches, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

Mona Carlson, Respondent, v. Ben S. Zeeman, Appellant.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

The People of the State of New York, Respondent, v. Fred Schwertfeger, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Callahan, J., dissents and votes to reverse, dismiss the information and remit the fine, on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

In the Matter of the Probate of the Will of Emma H. Rose, Deceased. Hiram C. Todd et al., Appellants; Henry A. Alker et al., Respondents.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [185 Misc. 39.] [See post, p. 979.]

Wielandt Construction Co., Inc., Appellant, v. Lebanon Hospital Association of the City of New York et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

Anna Dean et al., Respondents, v. City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

Frances Panica, as Administratrix of the Estate of Louis Panica, Deceased, Respondent, v. New York, New Haven and Hartford Railroad Company, Defendant, and Howard S. Palmer et al., as Trustees of the New York, New Haven and Hartford Railroad Company, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Martin, P. J., dissents and votes to reverse the judgment and dismiss the complaint.